

FILED

FEB 1 0 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMÓN BOJORQUEZ SALCIDO, | Case No.: _____ |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | [~~PROPOSED~~] ORDER STAYING EXECUTION OF DEATH SENTENCE AND REFERRING THE MATTER TO THE SELECTION BOARD FOR SUGGESTION OF APPOINTED COUNSEL |
| R.K. Wong, Acting Warden of California State Prison at San Quentin, | |
| Respondent | |

Upon request of petitioner, and pursuant to Local Rules 2254-25 (a),(b) and (c),

IT IS HEREBY ORDERED that the execution of petitioner's sentence of death, and all court and other proceedings related to the execution of that sentence, including preparation for execution and the setting of an execution date, are stayed until final disposition in this Court of the federal habeas corpus petition to be filed on petitioner's behalf.

IT IS FURTHER ORDERED, that this matter be referred to the Selection Board for the United States District Court, Northern

District of California, for suggestion of one or more counsel to be appointed to represent petitioner in these proceedings.

The Clerk of the Court shall serve a certified copy of this order on petitioner; respondent, R.K. Wong, Acting Warden of San Quentin Prison; the Clerk of the San Mateo County Superior Court; Ronald S. Matthias, Sr. Assistant Attorney General of the State of California; James P. Fox, District Attorney of San Mateo County; and Michael G. Millman, Executive Director of the California Appellate Project, San Francisco.

DATED: FEB 1 0 2009

UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

Michael G. Millman
Attorney at Law
On behalf of Petitioner
Ramón Bojorquez Salcido

ORDER STAYING EXECUTION
OF DEATH SENTENCE

Page 2