1
2
3
4
5
6
7
8
9   UNITED STATES DISTRICT COURT
10   NORTHERN DISTRICT OF CALIFORNIA
11
12  RAMON BOJORQUEZ SALCIDO,  )  No. CV 09-00586 MMC
13              Petitioner,  )  **DEATH PENALTY CASE**
         v.  )
14                    )  **[~~PROPOSED~~] CASE**
  MICHAEL MARTEL, Warden of  )  **MANAGEMENT ORDER**
15  California State Prison at San Quentin,  )
16            Respondent.  )
17  _____  )
18
19
20
21     Having read and considered the parties' Joint Case Management Statement,
22  and heard the parties' arguments at the September 23, 2011 Case Management
23  Conference, the Court hereby ORDERS as follows:
24  **I.**    **Lodging of the Record**
25     Respondent shall comply with Habeas Corpus Local Rule 2254-27 within 31
26  days from the date of the conference, or by October 24, 2011.  In addition to lodging
27  a paper copy of these records with the Court, Respondent will provide Petitioner's
28  counsel and the Court with an electronic copy of these records.



1   **II.     Briefing Schedule on Motion for Equitable Tolling**

2           As set forth in the Joint Case Management Statement, Petitioner's motion for

3   equitable tolling will be filed by October 14, 2011, Respondent's opposition by

4   November 14, 2011, and Petitioner's reply by November 28, 2011.  Unless taken

5   under submission, the Court will hear the motion on December 16, 2011, at 9:00 a.m.

6   **III.    Amendment, Answer, and Traverse**

7           If Petitioner files an exhaustion petition in the California Supreme Court and if

8   this Court grants a stay during the pendency of the state court proceedings, Petitioner

    shall                                       issuance of the Supreme Court's decision on the exhaustion petition.

9   ~~will~~ file an amended petition within 45 days of ~~lifting of the stay in this Court~~.

10  Respondent will then file an answer to the petition within 45 days, and Petitioner will

11  have another 45 days to file a traverse.  Should this Court not grant a stay,

12  Respondent will have 45 days from the issuance of the denial of the stay motion in

13  which to file an answer, and Petitioner 45 days for a traverse.

14

15  IT IS SO ORDERED.

16

17  Dated: September 23, 2011

18                                    Honorable Maxine M. Chesney
                                      United States District Court
19

20  Presented By:

21  SEAN K. KENNEDY
    Federal Public Defender
22

23  By:    /S/ Marta VanLandingham

24         MARTA VANLANDINGHAM
           MICHAEL D. WEINSTEIN
25         Deputy Federal Public Defenders

26         Attorneys for Petitioner
           RAMON SALCIDO
27

28

                                    2