IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RAMON BOJORQUEZ SALCIDO,**<br><br>Petitioner,<br><br>v.<br><br>**MICHAEL MARTEL, Warden of California State Prison at San Quentin,**<br><br>Respondent. | CAPITAL CASE<br><br>Case No. C 09-0586 MMC<br><br>**ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO LODGE THE STATE COURT RECORD** |

Upon motion of respondent and for good cause shown, the deadline for respondent to lodge the state court record is extended until Monday, October 31, 2011.

IT IS SO ORDERED.

DATED: __October 25_____, 2011.

_____
MAXINE M. CHESNEY
United States District Judge

Order Granting Respondent's Motion For Extension Of Time To Lodge The State Court Record
*Salcido v. Martel* - C 09-0586 MMC