1

2

3

4

5

6

7

8                              **UNITED STATES DISTRICT COURT**

9                            **NORTHERN DISTRICT OF CALIFORNIA**

10                                **SAN FRANCISCO DIVISION**

11

12   RAMON BOJORQUEZ SALCIDO,                      Case Number 09-0586 MMC

13                          Petitioner,            DEATH-PENALTY CASE

14          v.                                     ORDER GRANTING IN PART
                                                   PETITIONER'S MOTION TO
15   KEVIN CHAPPELL,[1]                            STRIKE; DIRECTIONS TO CLERK
     Acting Warden of San Quentin State Prison,
16                                                 [Doc. No. 32]
                           Respondent.
17

18          On August 22, 2012, respondent filed a "Response in Opposition to Administrative

19   Motion to File Under Seal Portions of the Petition for Writ of Habeas Corpus." (Doc. No. 31.)

20   Now before the Court is petitioner's "Motion to Strike Respondent's Response in Opposition"

21   (Doc. No. 32) or, in the alternative, to be afforded leave to file a reply brief (id. at 5); as

22   petitioner points out, said opposition brief was filed late, see Civil L.R. 7-11(b), and is oversized,

23   see id. Respondent does not oppose petitioner's alternative request. (Doc. No. 33 at 2.)

24          Accordingly, petitioner's motion to strike the opposition or, alternatively, to file a reply

25   (Doc. No. 32) is hereby GRANTED IN PART, and petitioner may file, within seven days of the

26   _____

27          [1]Kevin Chappell is automatically substituted for his predecessor pursuant to Federal Rule
     of Civil Procedure 25(d), and the Clerk is hereby DIRECTED to substitute Kevin Chappell as
28   respondent on the court docket.

1   date of this order, a reply brief not exceeding ten pages in length.  Upon receipt of petitioner's

2   reply or the expiration of petitioner's time to file a reply, whichever is earlier, the Court will take

3   the matter under submission.

4          Additionally, the hearing date for "Petitioner's Motion for *Bittaker* Protective Order"

5   (Doc. No. 29), currently set for September 14, 2012, is hereby VACATED, and said matter will

6   stand submitted upon the filing of petitioner's reply or the expiration of petitioner's time to file a

7   reply, whichever is earlier.

8          IT IS SO ORDERED.

9   DATED:  August 29, 2012

10  _____
    MAXINE M. CHESNEY
11  United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28