UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON BOJORQUEZ SALCIDO,<br><br>    Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL, Warden of California State Prison at San Quentin,<br><br>    Respondent. | NO. CV 09-00586 MMC<br><br>DEATH PENALTY CASE<br><br>[~~PROPOSED~~] ORDER RE: ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE PETITION FOR WRIT OF HABEAS CORPUS |

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Petitioner's Administrative Motion to File Under Seal Portions of the Petition for Writ of Habeas Corpus.

IT IS HEREBY ORDERED that the following exhibits be filed under seal, *nunc pro tunc* as of the date of lodgment with this Court:

    Ex. 67, Declaration of Trudy W., 07/13/2012

    Ex. 68, Declaration of Ann J., 07/25/2012

    Ex. 59, Sonoma County Jail Medical Records of Ramon Salcido

    Ex. 65, Lead Testing Results

    Ex. 75, David Myers Report, 09/07/1989

    Ex. 76, Memo from Martin to Miller, 06/23/1989

1     Ex. 77, Memo from Martin to Miller, 06/19/1989

2     Ex. 78, Interview with David Hellman, 03/27/1990

3     Ex. 79, Memo from Martin to Miller, 05/05/1989

4     Ex. 80, Memo from Martin to Miller, 06/09/1989

5     Ex. 69, Declaration of Marteen Miller, 07/13/2012

6     Ex. 70, Declaration of William Marioni, 07/13/2012

IT IS FURTHER ORDERED that the Petition lodged in this Court conditionally under seal, in which all the sealable sentences, citations, and photographs in Claims One, Two, Six, and Ten are highlighted, be considered filed under seal, *nunc pro tunc* as of the date of its lodgment.

IT IS FURTHER ORDERED that the redacted version of the Petition also lodged with this Court concurrently with the Motion to File Under Seal, in which the highlighted passages have been redacted~~, be filed electronically, together with all the exhibits that are not listed above as sealed by this Court. Al~~l shall be considered filed *nunc pro tunc* on the date of said lodgment.

DATED: December 10, 2012

                                             HON. MAXINE M. CHESNEY
                                             Senior United States District Judge

Presented by,

By   /S/ *Marta VanLandingham*
    MARTA VANLANDINGHAM
    MICHAEL D. WEINSTEIN
    Deputy Federal Public Defenders

    Attorneys for Petitioner
    RAMON BOJORQUEZ SALCIDO