UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON BOJORQUEZ SALCIDO,<br><br>Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL, Warden of San Quentin State Prison,<br><br>Respondent. | No. CV 09-00586 MMC<br><br>DEATH PENALTY CASE<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME FOR PETITIONER'S RESPONSE TO RESPONDENT'S MOTION TO DISMISS AND MOTION FOR A STAY |

Good cause having been shown, Petitioner's stipulated request for an extension of time to file his response to Respondent's motion to dismiss mixed petition and Petitioner's motion for a stay is GRANTED. Petitioner shall file on or by May 17, 2013.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __April 15, 2013_____         *Maxine M. Chesney*
MAXINE M. CHESNEY
United States District Judge

---

[Proposed] Order Granting Stipulated
Request to Extend Time                              No. CV 09-00586 MMC