IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAMON BOJORQUEZ SALCIDO,**<br><br>Petitioner,<br><br>v.<br><br>**KEVIN CHAPPELL, Warden of California State Prison at San Quentin,**<br><br>Respondent. | Case No. C 09-0586 MMC<br><br>**DEATH PENALTY CASE**<br><br>[~~PROPOSED~~] **ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION TO DISMISS AND OPPOSITION TO PETITIONER'S MOTION FOR STAY PENDING EXHAUSTION OF CLAIMS** |

Upon motion of counsel and for good cause shown, the deadline for filing respondent's reply to opposition to motion to dismiss and opposition to petitioner's motion for stay pending exhaustion of claims is extended until Friday, June 14, 2013.

IT IS SO ORDERED.

Dated:  May 30        , 2013.

_____
MAXINE M. CHESNEY
United States District Judge

[~~Proposed~~] Order Granting Respondent's Mot. For Ext. Of Time To File Reply To Opp. To Mot. To Dismiss And Opp. To Petitioner's Mot. For Stay Pending Exhaustion Of Claims - *Salcido v. Chappell* - C 09-0586 MMC