UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON BOJORQUEZ SALCIDO,<br><br>Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL, Warden of San Quentin State Prison,<br><br>Respondent. | No. CV 09-00586 MMC<br><br>DEATH PENALTY CASE<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME FOR PETITIONER TO FILE STATE EXHAUSTION PETITION |

Good cause having been shown, Petitioner's stipulated request for an extension of time of 30 days to file his exhaustion petition raising claims 2(A), 2(C), 2(E), 2(F), 2(J), 2(M), 4, 7, 9, 12, 14, 29, 30(D), 30(I), 30(K), and 30(O) in state court is GRANTED. Petitioner shall file in that court on or by November 29, 2013.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  October 25, 2013

_____
MAXINE M. CHESNEY
United States District Judge

---

[Proposed] Order Granting Stipulated
Request to Extend Time                                                                          No. CV 09-00586 MMC